## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| GAIL JANUSZEWSKI, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> NEXA MORTGAGE, LLC, <br><br> Defendant. | Civil Action No. 1:22-cv-21316 <br><br><br> **DEFENDANT'S NOTICE OF REMOVAL** |

Pursuant to 28 U.S.C. §§ 1441 and 1446, defendant NEXA Mortgage LLC ("NEXA"), by and through its undersigned counsel, hereby provides notice of removal of this action from the State of Florida, In the Circuit Court of the 15th Judicial Circuit In and For Palm Beach County, Florida, to the United States District Court for the Southern District of Florida. In support thereof, NEXA states as follows:

### THE STATE COURT ACTION

1. On or about March 28, 2022, plaintiff Gail Januszewski, individually and on behalf of all others similarly situated ("Plaintiff"), commenced an action against NEXA in the Circuit Court of the 15th Judicial Circuit In and For Palm Beach County, Florida, captioned *Januszewski, et al. v. NEXA Mortgage, LLC*, Case Number 502022CA002833XXXXMB (the "State Court Action").

2. As required by 28 U.S.C. § 1446(a), attached hereto are true and correct copies of all process, pleadings, and orders served upon NEXA in the State Court Action, which consist of the following:

ACTIVE:15255707.1

    a. Attached hereto as Exhibit A is a true and correct copy of the Civil Action Summons.

    b. Attached hereto as Exhibit B is a true and correct copy of the Standing Order for Case Management and Submission of Agreed Case Management Plan in County Civil Cases in the Palm Beach County Court Filed On or After April 30, 2021 (DCMSO).

    c. Attached hereto as Exhibit C is a true and correct copy of the Civil Cover Sheet.

    d. Attached hereto as Exhibit D is a true and correct copy of the Class Action Complaint (the "Complaint").

3. The Complaint asserts a claim under the Florida Telephone Solicitation Act, Fla. Stat. § 501,059, as amended by Florida State Senate Bill No. 1120 (the "FTSA"). *See* Ex. D (Complaint) ¶¶ 47-54. The Complaint alleges that, "[s]ince July 1, 2021, on information and belief, Defendant sent at least 50 text message solicitations to as many consumers in Florida." *See id.* ¶ 35. The Complaint seeks certification of a class defined as "[a]ll persons in Florida and/or Florida residents who, (1) were sent a telephonic sales call regarding Defendant's goods and/or services, (2) using the same equipment or type of equipment utilized to call Plaintiff." *See id.* ¶ 37.

4. The Complaint seeks the following forms of relief: an order certifying the class, appointing Plaintiff as class representative and Plaintiff's counsel as class counsel; statutory damages of a minimum of $500 for each member of the class for each violation of the FTSA; a declaration that NEXA violated the FTSA; an injunction "requiring Defendant to cease all

telephonic sales calls made without express written consent, and to otherwise protect the interests of the Class"; and such further relief as the Court deems necessary . *See id.* ¶¶ 54 & Prayer for Relief.

5.  NEXA is removing the State Court Action to this Court prior to the time by which NEXA is required under Florida law to answer or otherwise respond to the Complaint. Accordingly, NEXA has not yet filed a responsive pleading to the Complaint, and thus has not yet had the opportunity to raise any of its defenses to the Complaint, including that the FTSA is unconstitutionally vague on its face and as applied to NEXA.  In its first responsive pleading in this Court, NEXA will assert all such defenses by answer or motion.  By removing the State Court Action to this Court, NEXA is not waiving any defenses it has to the Complaint, all of which defenses are expressly preserved.

## THIS COURT HAS SUBJECT MATTER JURISDICTION

6.  This Court has subject matter jurisdiction under 28 U.S.C. § 1332(a)(1) because Plaintiff and NEXA are citizens of different states, and the amount in controversy exceeds $75,000, exclusive of interest and costs.

7.  First, there is diversity of citizenship.  According to the Complaint, Plaintiff is a citizen and resident of Florida.  *See* Ex. D (Complaint) ¶ 5.  NEXA is a Delaware limited liability company with its main headquarters and "nerve center" and, thus, principal place of business in Arizona.  *See* Ex. D (Complaint) ¶ 7 (alleging that NEXA is a Delaware corporation); Ex. E (Florida Secretary of State record showing NEXA's principal place of business is in Arizona).

8. Second, the amount in controversy exceeds $75,000, exclusive of interest and costs. Specifically, the Complaint alleges that "the aggregate damages sustained by the Class are in the millions of dollars." *See* Ex. D (Complaint) ¶ 45.

## VENUE IN THIS DISTRICT IS APPROPRIATE

9. Pursuant to 28 U.S.C. § 1446(a), venue is proper in the United States District Court for the Southern District of Florida because it is the District Court of the United States for the District and Division within which the State Court Action is pending.

## ALL PROCEDURAL REQUIREMENTS FOR REMOVAL HAVE BEEN SATISFIED

10. The Complaint was served upon NEXA's registered agent for service of process on April 13, 2022. *See* Ex. A (Civil Action Summons showing date of service as April 13, 2022). This notice of removal is being filed on April 27, 2022, which is within 30 days of the date of service, and thus this removal is timely under 28 U.S.C. § 1446(b)(1).

11. As noted above, NEXA has attached true and correct copies of all process, pleadings, and orders served upon NEXA in the State Court Action, thus satisfying 28 U.S.C. § 1446(a).

12. Pursuant to 28 U.S.C. § 1446(d), promptly after filing this Notice of Removal, NEXA will file a copy of this Notice of Removal in the State Court Action, and will provide a copy of the Notice of Removal to Plaintiff's counsel using the address provided in the Complaint.

## NEXA'S DEFENSES TO THE COMPLAINT ARE PRESERVED

13. As noted above, NEXA has not yet filed an answer or responsive pleading to the Complaint in Florida state court, and thus has not yet had the opportunity to raise any defenses to

the Complaint. By removing the State Court Action to this Court, NEXA is not waiving any defenses it has to the Complaint, all of which defenses are expressly preserved.

Dated: April 27, 2022

/s/ Aron U. Raskas
ARON U. RASKAS, ESQ.
Florida Bar No. 1022416
Primary: araskas@gunster.com
Secondary: avalido@gunster.com
Secondary: eservice@gunster.com
TRACI H. ROLLINS, ESQ.
Florida Bar No. 769071
Primary: trollins@gunster.com
Secondary: crossodivita@gunster.com
Secondary: eservice@gunster.com
GUNSTER, YOAKLEY & STEWART, P.A.
600 Brickell Avenue, Suite 3500 East
Miami, Florida 33131
Phone: (305) 376-6000
Fax: (305) 376-6010

*Attorneys for Defendant NEXA Mortgage LLC*

Ari Karen (application for admission *pro hac vice* forthcoming)
Christopher L. McCall (application for admission *pro hac vice* forthcoming)
MITCHELL SANDLER LLC
1120 20th Street N.W., Suite 725
Washington, D.C. 20036
Telephone: (202) 886-5260
Email: akaren@mitchellsandler.com
cmccall@mitchellsandler.com

*Attorneys for Defendant NEXA Mortgage LLC*

5

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 27, 2022, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system and served the foregoing in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

/s/ Aron U. Raskas
ARON U. RASKAS, ESQ.

## SERVICE LIST

Jibrael S. Hindi, Esq.
jibrael@jibraellaw.com
Thomas J. Patti, Esq.
tom@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, FL 33301
Phone: (954) 907-1136
Fax: (855) 529-9540
*Attorneys for Plaintiff*

Aron U. Raskas, Esq.
Florida Bar No. 1022416
Email: araskas@gunster.com
Traci H. Rollins, Esq.
Florida Bar No. 769071
Email: trollins@gunster.com
GUNSTER, YOAKLEY & STEWART, P.A.
600 Brickell Avenue, Suite 3500 East
Miami, Florida 33131
Phone: (305) 376-6000
Fax: (305) 376-6010

and

Ari Karen (application for admission pro hac vice forthcoming)
Email: akaren@mitchellsandler.com
Christopher L. McCall (application for admission pro hac vice forthcoming)
Email: cmccall@mitchellsandler.com
MITCHELL SANDLER LLC
1120 20th Street N.W., Suite 725
Washington, D.C. 20036
Telephone: (202) 886-5260

*Attorneys for Defendant*