UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CV-80656-RS

GAIL JANUSZEWSKI, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

NEXA MORTGAGE, LLC,

    Defendant.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the parties' Stipulation of Dismissal with Prejudice [DE 25]. Accordingly, it is hereby,

**ORDERED** that:

1. This matter is **DISMISSED with prejudice.**
2. All pending motions are **DENIED as moot.**
3. Each party shall bear its own attorneys' fees and costs.
4. This case is **CLOSED.**

**DONE and ORDERED** in Fort Lauderdale, Florida, this 22nd day of August, 2022.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record